# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARVIN KNIGHT,

       *Plaintiff*,

    v.

UNITED MEDICAL CENTER, *et al*.,

       *Defendants*.

Civil Action No. 1:25-cv-02726 (UNA)

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a complaint and an application to proceed *in forma pauperis* (IFP). For the following reasons, the Court grants the IFP application and dismisses the complaint.

The subject-matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented, *id*. § 1331, or the parties are of diverse citizenship and the amount in controversy "exceeds the sum or value of $75,000, exclusive of interest and costs," *id*. § 1332(a). A party seeking relief in the district court must plead facts that bring the suit within the court's jurisdiction or suffer dismissal of the case. *See* Fed. R. Civ. P. 8(a); 12(h)(3).

Plaintiff, a resident of Washington, D.C., sues United Medical Center and Cedar Hill Regional Medical Center ("Cedar Hill") located in the District's southeast quadrant. *See* Compl., ECF No. 1 at 2, 4. Plaintiff alleges cryptically that he has fluid in his eye from an assault in 2014, has fluid in his head from a concussion he sustained in 2008, and was "sexually assaulted by a male nurse assistant" at an unstated place and time. *Id*. at 4. Plaintiff "accuse[s]" United Medical

Center of misdiagnosis, delayed diagnosis, failure to provide necessary medical care, and discrimination but has alleged no supporting facts. *Id*. Plaintiff makes no allegations against Cedar Hill, and he demands no relief. Because the complaint does not establish diversity jurisdiction or present a federal question, this case will be dismissed by separate order.


Date:  October 7, 2025

_____
CARL J. NICHOLS
United States District Judge